Joseph E. Saunders
Camille Tauroney Kahler*
Merritt S. Locke
Michael D. Callan
* also admitted in Florida



# Saunders Kahler, LLP
ATTORNEYS AT LAW

James H. Gilroy, Jr. *of counsel*
(1921-2008)

August 21, 2017

Hon. Therese Wiley Dancks, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse NY 13261-7346

    **RE:** **David Pasiak vs. Onondaga Community College, et al.**
           **Civil Case No. 6:16-cv-01376**

Dear Magistrate Judge Dancks:

As you know, we are counsel to Plaintiff David Pasiak in the above-referenced matter.

As a follow up to the telephone status conference held on July 10, 2017, please be advised the parties have exchanged discovery demands pursuant to FRCP 33 and 34. The parties additionally provided each other with pre-response objections to the demands and conducted a telephone conference regarding the objections on July 27, 2017. The parties will be exchanging discovery responses on or before August 28, 2017. Currently, depositions of the Plaintiff, the named Defendants and representatives of Defendant Onondaga Community College are scheduled to be conducted from September 11th through September 15th, 2017.

Please advise if you require anything further.

                                    Respectfully yours,

                                    **SAUNDERS KAHLER, L.L.P.**

                                    By: _____
                                          Merritt S. Locke

MSL:tms

CC:   Kristen Smith, Esq.
        Brian J. Butler, Esq.

Suite 1400 · 185 Genesee Street · Utica, NY 13501 · Telephone (315) 733-0419 · Fax (315) 724-8522 · www.SaundersKahler.com