
**BOND** SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**BRIAN J. BUTLER**
bbutler@bsk.com
P: 315.218.8160

October 5, 2017

**VIA ELECTRONIC FILING**

Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York  13261-7346

Re:    *Pasiak v. Onondaga Community College, et al.*
       *Civil Action No. 6:16-cv-1376 (TJM/TWD)*

Dear Magistrate Judge Dancks:

I am writing on behalf of the parties to request a telephone conference with you in furtherance of the parties' mediation with you on September 28, 2017.  Counsel for the parties are available for a conference call between 1:00 p.m. and 3:00 p.m. on Tuesday, October 10, 2017.

Thank you for your consideration of our request.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Brian J. Butler

BJB:nlc

cc:    Merritt S. Locke, Esq.

2987333.1

Attorneys At Law | A Professional Limited Liability Company