UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DAVID PASIAK,

                Plaintiff,

            v.

ONONDAGA COMMUNITY COLLEGE,
KATHLEEN CRABILL and DAVID MURPHY,

                Defendants.

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Civil Action No.
6:16-CV-1376 (TJM-TWD)

The parties, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1) and Local Rule 41.3 hereby stipulate that no party hereto is an infant or incompetent and that this action, and all claims asserted in this action, be and hereby are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated:  December 4, 2017

**SAUNDERS KAHLER, L.L.P.**

By: _____
    Merritt S. Locke, Esq.
    Bar Roll No. 507164
    *Attorneys for Plaintiff*
185 Genesee Street, Suite 1400
Utica, New York  13501-2194
Telephone:  (315) 733-0419
Email:  mlocke@saunderskahler.com

**BOND, SCHOENECK & KING, PLLC**

By: _____
    Kristen E. Smith, Esq.
    Bar Roll No. 513756
    Brian J. Butler, Esq.
    Bar Roll No. 510105
    *Attorneys for Defendants*
One Lincoln Center
Syracuse, New York 13202-1355
Telephone:  (315) 218-8000
Email:  ksmith@bsk.com
Email:  bbutler@bsk.com

3057441.1 12/5/2017