Joseph E. Saunders
Camille Tauroney Kahler*
Merritt S. Locke
Michael D. Callan
* also admitted in Florida



Saunders Kahler, L.L.P.
ATTORNEYS AT LAW

James H. Gilroy, Jr. *of counsel*
(1921-2008)

January 29, 2018

Hon. Therese Wiley Dancks, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse NY 13261-7346

      RE:    **David Pasiak vs. Onondaga Community College, et al.**
                **Civil Case No. 6:16-cv-01376**

Dear Magistrate Judge Dancks:

      As you know, we are counsel to Plaintiff David Pasiak in the above-referenced matter. I write in regard to the motion filed by Julie McMahon of The Post Standard to reconsider the Court's December 11, 2017 Confidentiality Stipulation and Order (the "Stipulation and Order").

      As the Court is aware, on December 4, 2017, Plaintiff, by and through his counsel, executed the Stipulation and Order. The Court then so ordered the Stipulation and Order.

      It is my client's intent to honor and abide by his obligations under the Stipulation and Order as it reflects the parties' agreement regarding the terms and conditions of the settlement.

      Please advise if you require anything further.

                                      Respectfully yours,

                                      **SAUNDERS KAHLER, L.L.P.**

                                      By: _____
                                            Merritt S. Locke

MSL:tms

CC:    Kristen Smith, Esq.
         Brian J. Butler, Esq.
         Julie McMahon-The Post Standard

Suite 1400 · 185 Genesee Street · Utica, NY 13501 · Telephone (315) 733-0419 · Fax (315) 724-8522 · www.SaundersKahler.com