

**ONONDAGA**
COMMUNITY COLLEGE

*A College of the State University of New York*
4585 West Seneca Turnpike  Syracuse, New York 13215-4585
(315) 498-2211  www.sunyocc.edu

OFFICE *of the* PRESIDENT

December 21, 2018

VIA ECF

Hon. Therese W. Dancks
U.S. District Court Magistrate Judge
U.S. District Court, Northern District of New York
Syracuse, NY  13261

Re: Pasiak v. Onondaga Community College, et al, Civil Action 6:16-cv-01376 (TJM/TWD)

Dear Magistrate Judge Dancks:

I am counsel for Onondaga Community College and the individual defendants in the above matter. In connection with the Decision & Order of Hon. Thomas H. McAvoy (DKT No. 49) it appears that one remaining substantive issue regards the intentions of the parties as to the confidentiality of the Settlement Agreement. In connection with that I hereby offer that Settlement Agreement as a filing under seal for *in camera* inspection only and as the best way for the Court to determine the intentions of the parties.

Should the Court desire such inspection I will provide either the original document or a copy of the same.

Respectfully submitted,

*[signature]*
Kevin M. Moore, J.D., Ph.D.
General Counsel/Assistant to the President